UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Kashyap Patel**,<br><br>    *Plaintiff*,<br><br>v.<br><br>**Department of Defense**<br>Washington, D.C. 20301,<br><br>    *Defendant*. | Case No. 1:23-cv-1255<br><br>**NOTICE OF DISMISSAL** |

Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff dismisses this action.

    Respectfully submitted,

    */s/ Christopher E. Mills*
    Christopher E. Mills
    D.C. Bar No. 1021558
    SPERO LAW LLC
    557 East Bay Street #22251
    Charleston, SC 29413
    (843) 606-0640
    cmills@spero.law

Dated: July 3, 2023